AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JANE DOE 1 aka Joselin / Joselyn Zosh<br>*Defendant* | Case No. 13-mj-1152-RBC |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JANE DOE 1 aka Joselin or Joselyn Zosh                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Identity Theft, 18 USC Sec. 1028(a); Misuse of a Social Security Number, 42 USC Sec. 408(a)(7)(B); and Conspiracy to Distribute Controlled Substances, 21 USC 846

JUN 1 1 2013

Date: 6/10/2013  1:14 pm

City and state:  Boston, MA

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

ROBERT B. COLLINGS, U.S. MAGIS. JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: JANE DOE 1

Known aliases: Joselin Zosh or Joselyn Zosh

Last known residence: 1 Independence Drive, Apt. 9, Methuen MA

Prior addresses to which defendant/offender may still have ties: 17 Keys Road, Apt. 12, Peabody MA

Last known employment: CRNILOVIC Law Office

Last known telephone numbers:

Place of birth:

Date of birth: Jan 1, 1983

Social Security number:

Height:                                             Weight:

Sex:                                                Race: Hispanic

Hair:                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: