UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 13-MJ-1152-RBC |
| | ) | |
| **JANE DOE** | ) | |
| a/k/a Joselin Zosh, Joselyn Zosh | | |

## GOVERNMENT'S MOTION TO UNSEAL
### INDICTMENT

The United States of America hereby moves this Court to direct that the complaint be unsealed. In support of this motion, the government states that the defendant was arrested on August 14, 2013, and that there is no further reason to keep the complaint secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ Kenneth G. Shine
 KENNETH G. SHINE
 Assistant U.S. Attorney

August 14, 2013