# UNITED STATES DISTRICT COURT

**District of**       MASSACHUSETTS

United States of America

V.

**JANE DOE 1 aka KENIA AVALO DEMEJIA**

Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number:      13-MJ-1152-RBC

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. Including, but not limited to, 18 U.S.C. ss. 1503, 1512, 1513 attached to this order.

(2)  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. s. 14135a.

(3)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number and the new address proposed address and telephone number.

(4)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified) _____

                                          Place

_____ on _____

                                          Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence

( ✔ )  The defendant executes an unsecured bond binding the defendant to pay the United States the sum TEN  THOUSAND _____ dollars  10,000.00 )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   )  The defendant is placed in the custody of:
         Name of person(s)   _____
         City and state   _____ Tel. No. _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____

                       Custodian or Proxy                  Date

## ADDITIONAL CONDITIONS OF RELEASE

( ✔ ) (4)   The defendant shall:

(a)   Maintain residence at address noted in the Pre-Trial Services Report (Lawrence) and do not move from that address without providing to the Court, in writing, in advance, the proposed new address and receiving prior written permission from the Court to change address.

(b)   Surrender Passport and do not obtain a passport or apply for other travel documents.

(c)   Report to Probation / Pretrial Services in Lawrence every Monday and Friday before 12 PM.

(d)   Do not use or possess any weapons, firearms or destructive devices and you shall have none in your residence.

(e)   Defendant shall notify Pre-Trial services (on the next working day) if arrested or if have any contact with law enforcement officials in their official capacity.

(f)   Defendant to be on electronic monitoring between the hours of 8 PM and 7 AM.  Landline phone must be installed and must be free of any features incompatible with EM.

(g)

(h)

(I)

(j)

(k)

(l)

(m)

(n)

Page ___2___ of ___3___ .

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

**I acknowledge that a warrant for my arrest has been signed by an authorized judicial officer and is being held in abeyance. The warrant may be activated without notice to me if I abscond in violation of the conditions of my release on electronic monitoring**

_Nenia alalodeYesia_
Signature of Defendant

## Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.

(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date:    8.14.13

Signature of Judicial Officer

NOREEN RUSSO DEPUTY CLERK
Name and Title of Judicial Officer